**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**Acme IP Holdings LLC**, an Illinois limited liability company,

Plaintiff,

v.

**Polar Electro Inc.; Polar Electro Oy**,

Defendants.

No.: 1:16-cv-10774

Hon. Virginia M. Kendall

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Acme IP Holdings LLC, hereby gives notice of dismissal of this action without prejudice. The Defendants have not served an answer or a motion for summary judgment.

Date: February 13, 2017

Respectfully submitted,

/s/ Isaac Rabicoff
Counsel for Plaintiff

Isaac Rabicoff
Rabicoff Law LLC
73 W Monroe
Chicago, IL 60603
773-669-4590
isaac@rabilaw.com

**CERTIFICATE OF SERVICE**

Please take notice that on February 13, 2017, we electronically filed with the United States District Court for the Northern District of Illinois, the above Notice. A copy of this document will be electronically served upon all parties having filed an appearance in this matter.

/s/ Isaac Rabicoff
Counsel for Plaintiff